**Samuel Arola STRANGE,**
**Petitioner–Appellant,**

v.

**Cal TERHUNE, Director, Respondent–**
**Appellee.**

**No. 03–17197.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2004.*

Decided Aug. 30, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Charles M. Bonneau, Esq., Law Offices of Charles M. Bonneau, Sacramento, CA, for Petitioner–Appellant.

Robert R. Anderson, Depty Atty Gen, Mark A. Johnson, Esq., AGCA—Office of the California Attorney General, Department of Justice, Sacramento, CA, for Respondent–Appellee.

Before: PREGERSON and KOZINSKI, Circuit Judges, and RHOADES,** District Judge.

### MEMORANDUM ***

The state courts were not objectively unreasonable in finding counsel's advice that petitioner not testify within "the wide range of professionally competent assistance." *See Strickland v. Washington,* 466

** The Honorable John S. Rhoades, Sr., Senior Judge, United States District Court for the Southern District of California, sitting by designation.

U.S. 668, 690, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). Counsel were concerned about the inconsistent story he had previously told his parents and the police, which could have been the subject of cross-examination had he testified. Moreover, at least one of petitioner's counsel was worried about potential cross-examination on petitioner's prior convictions. That counsel also believed that the state did not prove its case and that petitioner's own testimony would fill the gaps, providing a motive for the killings and conclusively placing him at the murder scene. Petitioner's other counsel thought it was a close call whether petitioner should testify, but ultimately agreed with his co-counsel.

In view of these tactical considerations, petitioner has not shown that the state courts "applied *Strickland* to the facts of his case in an objectively unreasonable manner." *Woodford v. Visciotti,* 537 U.S. 19, 25, 123 S.Ct. 357, 154 L.Ed.2d 279 (2002).

AFFIRMED.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.